AO 245D   (Rev. 10/17) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Northern District of Oklahoma

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| | ) | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) | |
| | ) | |
| Beyonca Lekay Graves | ) | Case Number:   20-CR-060-001-GKF |
| | ) | |
| | ) | USM Number:   01769-509 |
| | ) | |
| | | Richard White |
| | | Defendants Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition (s) special, standard, and mandatory   of the term of supervision.

☒ was found in violation of condition(s) mandatory   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
| --- | --- | --- |
| Special Condition #1(7)(c) | Accessed on-line services using an alias | April 15, 2022 |
| Special Condition #1(6)(b) | Opened lines of credit without approval | April 15, 2022 |
| Standard Condition #5 | Changed residence without prior approval | May 14, 2022 |
| Mandatory Condition #2 | Possessed a controlled substance | July 25, 2022 |
| Mandatory Condition | Committed a new state crime | August 1, 2022 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.  The sentence is imposed pursuant to the Sentencing Act of 1984.

☐ The defendant has not violated condition(s)         and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States attorney of material changes in economic circumstances.

August 31, 2022
Date of Imposition of Judgment

*/s/ Gregory K. Frizzell*
Signature of Judge

Honorable Gregory K. Frizzell, United States District Judge
Name and Title of Judge

September 1, 2022
Date

AO 245D (Rev. 10/17) Judgment in Criminal Case for Revocations
Sheet 2 — Imprisonment

DEFENDANT: Beyonca Lekay Graves
CASE NUMBER: 20-CR-060-001-GKF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Twelve months.

☒ The Court makes the following recommendations to the Bureau of Prisons: The defendant be placed at the United States Medical Center Carswell located in Fort Worth, Texas, where she can obtain mental health treatment.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By

_____
DEPUTY UNITED STATES MARSHAL